AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00001 |
| WINSTON KELLY | ) Assigned to: Judge G. Michael Harvey |
| DOB: xx/xx/xxxx-PDID: xxx-xxx | ) Assigned Date: 1/1/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 1, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Glock 23, semi-automatic pistol and 40mm ammunition. |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

JASON STERLING, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: __01/01/2021__

_____
*Judge's signature*

City and state: __Washington, DC__   G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*