UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
                                    )
**UNITED STATES OF AMERICA**        )
                                    )   **Case: 1:21-CR-59 (RC)**
           v.                       )
                                    )
**WINSTON KELLY**                   )
                                    )
_____ )

## MOTION TO MODIFY CONDITIONS OF RELEASE

Winston Kelly, through his attorney, respectfully requests that this Court modify Mr. Kelly's conditions of release. In support of this motion, counsel states the following facts.

1. On January 1, 2021, Mr. Kelly was arrested for unlawful possession of a firearm and ammunition under 18 U.S.C. 922 g. In short, Mr. Kelly is accused of firing a gun into the air as the clock struck midnight to bring in the New Year.

2. At a detention hearing, the Magistrate Court denied the government's request for pretrial detention. Noting that the government has requested incarceration in every 922 g case that has come before him, Magistrate Judge Michael Harvey released Mr. Kelly into the Heightened Supervision Program.

3. In releasing Mr. Kelly, the Court restricted Mr. Kelly's ability to leave his house for work medical visits, and to assist his mother and grandfather in medical visits.

4. In over two months on pretrial release, Mr. Kelly has not had any violation reports.

5. Mr. Kelly is a thirty-five year old man, currently employed full time at Trader Joe's. He has worked at Trader Joe's for nearly two years. He also takes care of his mother and grandfather, with whom he resides. Mr. Kelly also has an 11 year old son who lives with the child's mother. The current conditions makes it difficult to spend time with his son – his son is allowed to be at his residence but Mr. Kelly cannot spend time with him outside of his home, nor can he pick up or drop off the child. Mr. Kelly's son also plays basketball in a recreational league in the spring and Mr. Kelly would like to support his son in person.

6. Mr. Kelly has a dated criminal record. His last offense occurred 11 years ago in 2010. In that case, Mr. Kelly completed 3 years of Supervised Release satisfactorily.

7. Consistent with the presumption of innocence and the Eighth Amendment prohibition against excessive bail, the Bail Reform Act of 1984 provides that a defendant should be released pending trial on personal recognizance or "subject to the least restrictive further conditions, or combination of conditions that . . . will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(b) and (c)(1)(B).

8. Given Mr. Kelly's compliance record, both in the past and in this case, the government cannot show his conditions, currently effectively home incarceration, are the "least restrictive conditions" necessary to ensure the safety of the community.

9. Moreover, the additional restrictions on Mr. Kelly's movement do little to protect the community. The allegations against Mr. Kelly are entirely borne of circumstances, that is, the widespread though perhaps foolish District tradition of firing a gun in the air at midnight as New Years' Eve turns to New Years' Day. Both Mr. Kelly and the

community are harmed by conditions that prevent him from fulfilling his parental duties. Mr. Kelly's condition should be modified to eliminate the current movement restrictions.

## Conclusion

For the foregoing reasons and any others that may appear to the Court, Mr. Kelly respectfully requests that he be placed on Personal Recognizance with the standard conditions of pretrial release.

                                  Respectfully submitted,
                                  A. J. KRAMER
                                  FEDERAL PUBLIC DEFENDER

                                      /s/
                                _____
                                EUGENE OHM
                                Assistant Federal Public Defender
                                625 Indiana Avenue, N.W., Suite 550
                                Washington, D.C.  20004