**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA :**

|                          |   |                   |
|--------------------------|---|-------------------|
|                          | : |                   |
| **v.**                   |   | **1:21-CR-59 (RC)** |
|                          | : |                   |
| **WINSTON KELLY**        | : |                   |

**NOTICE OF FILING**

Undersigned counsel, on behalf of Winston Kelly, respectfully submits the attached

for filing in the docket.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Ave., NW
Suite 550
Washington, DC  20004
(202) 208-7500
eugene_ohm@fd.org

# FEDERAL PUBLIC DEFENDER
## DISTRICT OF DISTRICT COLUMBIA

_____

**625 Indiana Ave. NW.**
**Washington, DC 20004**
**(202) 208-7528**
**FAX  (202) 208-7515**

| | | |
|---|---|---|
| FEDERAL PUBLIC DEFENDER<br>A.J. KRAMER | Appellate Counsel<br>Lisa Wright<br>Rosanna Taomina<br>Sandra Roland<br>Tony Axam | ASSISTANT FEDERAL PUBLIC DEFENDERS<br>CARLOS VANEGAS<br>DANIELLE JAHN<br>DAVID BOS<br>MARY PETRAS<br>MICHELLE PETERSON<br>EUGENE OHM |

**June 9, 2022**

Meredith Mayer Dempsey
Assistant U.S. Attorney
601 D Street, NW
Washington D.C. 20053
        Re:    United States v. Winston Kelly 21-cr-59 (RC)

Dear Ms. Mayer-Dempsey:

On June 8, 2022, you provided the CAD Report for Officer Jason Sterling. I am writing to memorialize and clarify, by letter, my earlier request for additional PPMS material for Officer Sterling in advance of our suppression hearing.

Please provide all *Giglio*, *Lewis*, and *Brady* information, including the underlying source documents, about the officers involved in this case :

(1) investigations, complaints, letters of prejudice, and lawsuits that were pending at the time of the officers' involvement in this case, even if they have since been resolved without a finding of misconduct, or are currently pending;

(2) all sustained complaints or investigations, including any discipline imposed (including PD-750s, letters of prejudice, and Official Reprimands), any judicial credibility findings against the involved officers, lawsuits with a liability finding, and any findings of violations of individuals' constitutional rights; and

(3) PPMS / SSP intervention plans that were in place for any of the involved officers since the time of their involvement in this case or are currently in place.

While I have received your chart for Officer Sterling, I do not have the source documentation.  These are required to be disclosed because the "sufficiency" of a *Brady* disclosure is judged by the "defense's opportunity to use the evidence when disclosure is made." *Leka v. Portuondo*, 257 F.3d 89, 100 (2d Cir. 2001).  If you do not intend to provide the source materials, please let me know in advance of the hearing so I can file the appropriate motion.

Thank you.

Best,

Eugene Ohm
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500