UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | | 1:21-cr-59 (RC) |
| | : | |
| **WINSTON KELLY** | : | |

### Theory of the Defense Instruction

Mr. Kelly is not guilty of possessing a firearm. The officers made incorrect assumptions about what they observed and about Mr. Kelly, which were not supported by facts and not corroborated by physical evidence, such as video or shell casings, or forensic evidence such as DNA or fingerprint evidence.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Eugene Ohm
Katie D'Adamo Guevera
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Eugene_ohm@fd.org